**Frank BROWN, Jr.**

v.

**Sarah AMARAL.**

**No. 80–399–A.**

Supreme Court of Rhode Island.

Oct. 2, 1980.

Lovett & Linder, Ltd., Raul L. Lovett, Providence, for plaintiff.

Tillinghast, Collins & Graham, Normand G. Benoit, Providence, for defendant.

### ORDER

The plaintiff's motion to remand this case to the Superior Court to allow said court to consider certain additional motions filed by plaintiff, as prayed, is granted. Following the hearing on said motions, the papers herein shall be returned to this court forthwith.

DORIS and MURRAY, JJ., did not participate.

**Norma E. COHEN et al.**

v.

**ZONING BOARD OF REVIEW OF PROVIDENCE et al.**

**No. 80–345–M.P.**

Supreme Court of Rhode Island.

Oct. 2, 1980.

Alan T. Dworkin, Cranston, for petitioners.

Edward DiPippo, Gerald G. Norigian, Asst. City Sols., Providence, for respondents.

### ORDER

The petition for writ of certiorari is denied.

DORIS and MURRAY, JJ., did not participate.

**Arthur J. COURNOYER**

v.

**TOWN OF LINCOLN.**

**No. 80–370–M.P.**

Supreme Court of Rhode Island.

Oct. 2, 1980.

Oster, Groff & Prescott, George M. Prescott, Lincoln, for petitioner.

Harry W. Asquith, Special Master, Providence, for respondent.

### ORDER

The petition for writ of certiorari is denied.

DORIS and MURRAY, JJ., did not participate.